MICHAEL FILIPOVIC
NANCY TENNEY
Assistant Federal Public Defenders
Attorneys for Candelario Peralta
FEDERAL PUBLIC DEFENDER FOR THE
WESTERN DISTRICT OF WASHINGTON
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
Tel: (206) 553-1100
Fax: (206) 553-0120
E-mail:  Michael_Filipovic@fd.org
            Nancy_Tenney@fd.org

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 3:02-cr-00103-HRH |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | NOTICE OF APPEARANCE FOR |
| v. | ) | DEFENDANT CANDELARIO |
|  | ) | PERALTA |
| CANDELARIO PERALTA, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

NOW COME Michael Filipovic and Nancy Tenney, Assistant Federal Public Defenders for the Western District of Washington, and hereby enter this notice of appearance on behalf of defendant Candelario Peralta. Undersigned counsel respectfully request that any service of orders and pleadings be served on them at the following address:

Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, WA 98101


- OR -

Michael_Filipovic@fd.org

Nancy_Tenney@fd.org

DATED this 14th day of November, 2006.

    s/ Michael Filipovic
    WSBA No. 12319
    First Assistant Federal Public Defender
    Attorney for Candelario Peralta
    Federal Public Defender
    1601 Fifth Avenue, Suite 700
    Seattle, WA 98101
    Tel. (206) 553-1100
    Fax (206) 553-0120
    Michael_Filipovic@fd.org

    s/ Nancy Tenney
    WSBA No. 35304
    Assistant Federal Public Defender
    Attorney for Candelario Peralta
    Federal Public Defender
    1601 Fifth Avenue, Suite 700
    Seattle, WA 98101
    Tel. (206) 553-1100
    Fax (206) 553-0120
    Nancy_Tenney@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: James Barkley, Assistant United States Attorney, Federal Building & U.S. Courthouse, 222 West 7th Avenue, #9, Room 253, Anchorage, Alaska 99513.

> s/ Michael Filipovic
> WSBA No. 12319
> First Assistant Federal Public Defender
> Attorney for Thomas P. Ranes
> Federal Public Defender
> 1601 Fifth Avenue, Suite 700
> Seattle, WA 98101
> Tel. (206) 553-1100
> Fax (206) 553-0120
> Michael_Filipovic@fd.org