Michael Filipovic
Nancy Tenney
Assistant Federal Public Defenders
FEDERAL PUBLIC DEFENDER FOR THE
WESTERN DISTRICT OF WASHINGTON
1601 Fifth Ave., Suite 700
Seattle, Washington 98101
Tel: (206) 553-1100  Fax: (206) 553-0120
E-mail:  Michael_Filipovic@fd.org
            Nancy_Tenney@fd.org

Attorneys for Candelario Peralta (D-21)


UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  A02-0103-21CR (HRH) |
| | ) | |
| Plaintiff, | ) | |
| | ) | REQUEST FOR REMOVAL FROM CM/ECF |
| v. | ) | NOTIFICATION |
| | ) | |
| CANDELARIO PERALTA, et al., | | |
| ) | | |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOW COME, Assistant Federal Public Defenders Michael Filipovic and Nancy Tenney,

attorneys for Candelario Peralta, and hereby request that the Court remove them from CM/ECF

electronic notification, as Mr. Peralta has been sentenced and no longer requires representation.

DATED: January 29, 2007

s/Nancy Tenney
Federal Public Defender's Office
1601 Fifth Ave., Suite 700
Seattle, WA  98101
206/553-1100
206/553-0120
Nancy_Tenney@fd.org

*U.S. v. Zapata, et al.*
3:02-CR-0103- HRH

1

s/Michael Filipovic
Federal Public Defender's Office
1601 Fifth Ave., Suite 700
Seattle, WA  98101
206/553-1100
206/553-0120
Michael_Filipovic@fd.org

*U.S. v. Zapata, et al.*
3:02-CR-0103- HRH